

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00539-CR

**IN RE** Martha Fosado **SANCHEZ**, et al.

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: July 5, 2023

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On May 23, 2023, relators filed a petition for writ of mandamus. Relators also filed a motion to stay, which this court granted on May 24, 2023. We requested responses from the trial court and real party in interest. No responses were filed.

After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied without prejudice. *See* TEX. R. APP. P. 52.8(a). The stay imposed on May 24, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 31836, styled *State of Texas v. Martha Fosado Sanchez*, Cause No. 31940, styled *State of Texas v. Ardriana Estrada Sanchez,* and Cause No. 31878, styled *State of Texas v. Levi Rubicelda Vasquez-Lopez*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.